1  Michael Kind, Esq.
   mk@kindlaw.com
2  KIND LAW
   8860 S Maryland Pkwy Suite 106
3  Las Vegas, Nevada 89123
   Telephone: (702) 337-2322
4  *Attorney for Plaintiff*

5              **UNITED STATES DISTRICT COURT**

6                    **DISTRICT OF NEVADA**

7  ADRIANA GRACIANO,                    Case Number: 2:22-cv-01396-JAD-EJY

8                      Plaintiff,

9       vs.
                                         **MOTION FOR SUBSTITUTION OF**
10 CHRYSLER CAPITAL CORPORATION,         **COUNSEL FOR PLAINTIFF**
                                         **ADRIANA GRACIANO**
11                     Defendant.

12

13      Plaintiff, Adriana Graciano, hereby substitutes Michal Kind, Esq, as its counsel of record

14 in the above-captioned matter in the place and stead of Jamie S. Cogburn, Esq and Erik W. Fox,

15 Esq of Cogburn Law.

16      Dated this __23rd__ day of November, 2022.

17

18                                          Adriana
                                            Adriana Graciano
19                                          *Plaintiff*

20

21

22

23

Page 1 of 2

1   The undersigned, on behalf of Cogburn Law, hereby consents to the subsitution of
2   Michael Kind as counsel of record for Plaintiff, Adriana Graciano, in the above-captioned matter
3   in the place and stead of Cognurn Law.

4   Dated this 23rd day of November, 2022.

COGBURN LAW

By: /s/ Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

The undersigned, hereby agrees to be subsituted as counsel of record for Plaintiff, Adriana Graciano, in the above-captioned matter in the place and stead of Cogburn Law.

Dated this 23rd day of November 2022.

By: /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 S Maryland Pkwy Suite 106
Las Vegas, Nevada 89123

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2022

Page 2 of 2