AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Adriana Graciano,

          Plaintiff,

v.

Chrysler Capital Corporation,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01396-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff and against Defendant in the amount of $10,000, plus costs and attorney's fees.

| | |
|---|---|
| 4/7/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ E. Smith |
| | Deputy Clerk |