UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Adriana Graciano, | Case No.: 2:22-cv-01396-JAD-EJY |
|---|---|
| Plaintiff | **Order Vacating Judgment and Dismissing Case** |
| v. | |
| Chrysler Capital Corporation, | [ECF No. 17] |
| Defendant | |

Two years ago, this court granted entered a default judgment against Defendant Chrysler Capital Corporation in this Fair Credit Reporting Act case on the plaintiff's motion and closed this case.[1] The plaintiff has since settled with Chrysler Capital and now moves this court to vacate that judgment and dismiss this case in order to effectuate the terms of that settlement.[2] The deadline to respond to that motion passed with no opposition.

With good cause appearing, IT IS ORDERED that **the motion to vacate [ECF No. 17] is GRANTED; the judgment against Chrysler Capital Corporation [ECF Nos. 11, 16] is VACATED, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
March 12, 2025

---

[1] ECF No. 11 (default judgment); ECF No. 16 (amended judgment).
[2] ECF No. 17.